PATERNO, Respondent, v. PATERNO, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Mildred Paterno against Francis S. Paterno. H. A. Bloomberg, of New York City, for appellant. M. Simmons, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT and DOWLING, JJ., dissent, and vote to reduce alimony to $20 a week.

---

PAUL, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Bernard Paul, an infant, by Joseph Paul, his guardian ad litem, against Walter L. Clark. No opinion. Motions denied, without costs. See, also, 145 N. Y. Supp. 985.

---

PAULIS, Respondent, v. CODINGTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Annie Paulis against the Codington Company. A. G. McLaughlin, of New York City, for appellant. R. H. Ernest, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PAWOLOWSKI v. CITY OF SCHENECTADY et al. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Dennis Pawolowski against the City of Schenectady and others.

PER CURIAM. Final order affirmed, with costs.

HOWARD, J., dissents.

---

PENDER, Appellant, v. CITY OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Charles B. Pender against the City of Binghamton. No opinion. Motion denied. See, also, 145 N. Y. Supp. 1137.

---

PEOPLE, Respondent, v. BARTUGNO, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Ralph Bartugno. S. Wechsler, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. BERLINER, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York against Hirsch Berliner. H. Greenberg, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. BERTSCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Proceeding by the People of the State of New York against Philip Bertsch. No opinion. Appeal dismissed, upon stipulation filed.

---

PEOPLE, Respondent, v. CHRISTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Charles Christman. No opinion. Motion to dismiss appeal denied. Motion for leave to argue upon the original record granted, upon condition that appellant place the case on the April calendar and be ready for argument when reached; otherwise, motion denied.

---

PEOPLE, Respondent, v. CINCOTTA, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Proceeding by the People of the State of New York against Antonio Cincotta.

PER CURIAM. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, upon the ground that the evidence fails to establish the guilt of the defendant. See, also, 157 App. Div. 928, 142 N. Y. Supp. 1134.

BURR and RICH, JJ., dissent.

---

PEOPLE v. CLEARY. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York against William Cleary. No opinion. Motion granted, and time extended to and including February 20, 1914. Order filed.

---

PEOPLE v. DE LUCCA. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against August De Lucca. No opinion. Motion granted, on default.

---

PEOPLE, Respondent, v. EKEROLD, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on complaint of Carmine E. Pugliese, against Hagbard Ekerold. No opinion. Motion granted; question certified; order filed. See, also, 145 N. Y. Supp. 1137.

---

PEOPLE v. FARRELL. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Thomas Farrell. No opinion. Motion granted, on default.

---

PEOPLE, Respondent, v. FRANZONE, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Pro-

ceeding by the People of the State of New York against John Franzone.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed.

JENKS, P. J., and STAPLETON, J., dissent.

PEOPLE, Respondent, v. GRUTZ, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York against George Grutz. R. H. Elder, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 158 App. Div. 918, 143 N. Y. Supp. 1135.

PEOPLE v. HARRELL. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York against Benjamin D. Harrell. No opinion. Time extended to March 10, 1914.

PEOPLE, Respondents, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against Charles Henderson. No opinion. Appeal dismissed, by default. See, also, 145 N. Y. Supp. 1137.

PEOPLE, Respondent, v. HOELDERLIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York against William Hoelderlin.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed. When this defendant was held for trial, under a commitment, the essential question presented by this appeal was submitted for determination to the Special Term of this court. The opinion written by Mr. Justice Blackmar (People ex rel. Hoelderlin v. Kane, 79 Misc. Rep. 140, 139 N. Y. Supp. 350) exactly expresses our views of the validity of this statute.

PEOPLE v. HOGAN. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against John J Hogan. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. HOSMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Proceeding by the People of the State of New York against Lee Hosmer. No opinion. Appeal dismissed, upon stipulation filed.

PEOPLE, Respondent, v. LA PRAIRIE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Proceeding by the People of the State of New

146 N.Y.S.—70

York against Harry La Prairie and others. No opinion. Motion granted.

PEOPLE, Respondent, v. MANGHAVITA, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Proceeding by the People of the State of New York against Giovanni Manghavita.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed. See, also, 158 App. Div. 940, 143 N. Y. Supp. 1136.

STAPLETON, J., dissents.

PEOPLE, Respondent, v. MARCHIOLO, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against John R. Marchiolo. C. F. Kinsley, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Proceeding by the People of the State of New York against Frieda Martin. C. H. McCarty, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Fred W. Martin alias Frank Martin. C. G. F. Wahle, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against Alfred Richardson. No opinion. Motion to dismiss appeal granted, upon the ground that the answering affidavits do not show any merits.

PEOPLE, Respondent, v. RIESENBERGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Emil Riesenberger. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Proceeding by the People of the State of New York against Thomas F. Robinson. R. H. Elder, of New York City, for appellant. R. C. Taylor, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.